**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 11, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00230-CV

---

### IN RE INTERSHIP SERVICES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-39297**

---

## MEMORANDUM OPINION

On April 10, 2023, relator Intership Services, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator challenges the April 6, 2021 written ruling striking relator's third amended petition and March 29, 2023 oral ruling striking relator's fourth amended petition by the Honorable C. Elliott Thornton, presiding judge of the

164th District Court of Harris County, and asks this court to remand for reconsideration of those rulings.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.